UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOM BAUSER, an individual, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ) <br> ) <br> RITE AID CORPORATION, and DOES 1 ) <br> through 50, inclusive, ) <br> ) <br> ) <br> Defendants. ) <br> ) <br>_____ ) <br> BART HILLARD, JOSHUA ROACH, GARY ) <br> WILLIAMS, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> RITE AID CORPORATION, and DOES 1 ) <br> through 50, inclusive, ) <br> ) <br> Defendants. ) <br>_____ ) | Case No. 2:14-CV-01946 JAM-EFB <br><br> **RELATED CASE ORDER** <br> Related to Nos.: <br> 2:13-CV-02439 JAM-EFB <br> 2:14-CV–01957 JAM-EFB <br> 2:14-CV-01960 JAM-EFB <br> 2:14-CV-01961 JAM-EFB <br> 2:14-CV-01963 JAM-EFB <br> 2:14-CV–01965 JAM-EFB <br> 2:15-CV-00429 JAM-EFB <br> 2:15-CV-00622 JAM-EFB <br> 2:15-CV-00623 JAM-EFB <br> 2:15-CV-02150 JAM-EFB <br> 1:15-CV-01721 JAM-EFB <br><br><br> Case No. 1:15-CV-01748 WBS-SKO |

Examination of the above-entitled actions reveals that these actions are related within the meaning of Local Rule 123 (E.D. Cal. 2005). Accordingly, the assignment of the matters to the same judge and magistrate judge is likely to affect a substantial savings of judicial effort and is also likely to be convenient for

1

1 the parties.

2     The parties should be aware that relating the cases under
3 Local Rule 123 merely has the result that these actions are
4 assigned to the same judge and magistrate judge; no consolidation
5 of the actions is effected.  Under the regular practice of this
6 court, related cases are generally assigned to the judge and
7 magistrate judge to whom the first filed action was assigned.

8     IT IS THEREFORE ORDERED that the action denominated
9 1:15-CV-01748 WBS-SKO be reassigned to Judge John A. Mendez and
10 Magistrate Judge Edmund F. Brennan for all further proceedings, and
11 any dates currently set in this reassigned case <u>only</u> are hereby
12 VACATED.  Henceforth, the caption on documents filed in the
13 reassigned cases shall be shown as 1:15-CV-01748 JAM-EFB.

14     IT IS FURTHER ORDERED that the Clerk of the Court make
15 appropriate adjustment in the assignment of civil cases to
16 compensate for this reassignment.

17     IT IS SO ORDERED.

18 Dated:   December 29, 2015

19         /s/ John A. Mendez_____
        JOHN A. MENDEZ
20         United States District Court Judge

21

22

23

24

25

26

27

28