MATTHEW RIGHETTI (Cal. State Bar No. 121012)
JOHN GLUGOSKI (Cal. State Bar No. 191551)
MICHAEL RIGHETTI (Cal. State Bar No. 258541)
RIGHETTI·GLUGOSKI, P.C.
456 Montgomery Street, Suite 1400
San Francisco, California  94104
Telephone:  (415) 983-0900
Facsimile:  (415) 397-9005

Attorneys for Plaintiff
James Kilgore, Linda Willis, Akindale Carter,
and Bernadette Carter

JEFFREY D. WOHL (Cal. State Bar No. 96838)
JUSTIN M. SCOTT (Cal. State Bar No. 302502)
PAUL HASTINGS LLP
55 Second Street, 24th Floor
San Francisco, California  94105-3441
Telephone:      (415) 856-7000
Facsimile:       (415) 856-7100
jeffwohl@paulhastings.com
justinscott@paullhastings.com

Attorneys for Defendant
Rite Aid Corporation

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES KILGORE, LINDA WILLIS, AKINDALE CARTER, AND BERNADETTE CARTER,<br><br>Plaintiffs,<br><br>vs.<br><br>RITE AID CORPORATION,<br><br>Defendant. | No. 2:15-cv-02150-JAM-EFB<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE OF PLAINTIFF JAMES KILGORE**<br><br>Judge:             Hon. John A. Mendez<br><br>Complaint Filed:   February 5, 2015<br>FAC Filed:         May 27, 2015 |

Plaintiff James Kilgore and defendant Rite Aid Corporation, acting through their respective counsel of record, hereby stipulate that plaintiff Kilgore's claims only shall be dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure, each side to bear its own costs and attorneys' fees with respect to those claims.

Dated: March 7, 2017.

MATTHEW RIGHETTI
JOHN GLUGOSKI
MICHAEL RIGHETTI
RIGHETTI·GLUGOSKI, P.C.

By: /s/ Michael Righetti
Michael Righetti
Attorneys for Plaintiffs
James Kilgore, Linda Willis,
Akindale Carter, and Bernadette Carter

Dated: March 7, 2017.

JEFFREY D. WOHL
JUSTIN M. SCOTT
PAUL HASTINGS LLP

By: /s/ Justin M. Scott
Justin M. Scott
Attorneys for Defendant
Rite Aid Corporation

MATTHEW RIGHETTI (Cal. State Bar No. 121012)
JOHN GLUGOSKI (Cal. State Bar No. 191551)
MICHAEL RIGHETTI (Cal. State Bar No. 258541)
RIGHETTI·GLUGOSKI, P.C.
456 Montgomery Street, Suite 1400
San Francisco, California  94104
Telephone:  (415) 983-0900
Facsimile:  (415) 397-9005

Attorneys for Plaintiff
James Kilgore, Linda Willis, Akindale Carter,
and Bernadette Carter

JEFFREY D. WOHL (Cal. State Bar No. 96838)
JUSTIN M. SCOTT (Cal. State Bar No. 302502)
PAUL HASTINGS LLP
55 Second Street, 24th Floor
San Francisco, California  94105-3441
Telephone:     (415) 856-7000
Facsimile:      (415) 856-7100
jeffwohl@paulhastings.com
justinscott@paulhastings.com

Attorneys for Defendant
Rite Aid Corporation

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES KILGORE, LINDA WILLIS, AKINDALE CARTER, AND BERNADETTE CARTER,<br><br>Plaintiffs,<br><br>vs.<br><br>RITE AID CORPORATION,<br><br>Defendant. | No. 2:15-cv-02150-JAM-EFB<br><br>**ORDER DISMISSING CLAIMS OF JAMES KILGORE WITH PREJUDICE**<br><br>Judge:                    Hon. John A. Mendez<br><br>Complaint Filed:   February 5, 2015<br>FAC Filed:             May 27, 2015 |

1   Pursuant to the stipulation of the parties, and good cause appearing therefor,

2   IT IS ORDERED that plaintiff James Kilgore's claims only shall be and hereby are DISMISSED

3   WITH PREJUDICE, each side to bear its own costs and attorneys' fees with respect to those claims.

Dated: 3/7/2017                          /s/ John A. Mendez_____
                                         Hon. John A. Mendez
                                         United States District Court Judge