1    (*Counsel of record listed on next page*)

2

3

4

5

6

7

8                      UNITED STATES DISTRICT COURT

9                      EASTERN DISTRICT OF CALIFORNIA

10

11    BRUCE KAUFMAN, an individual

                               No. 2:14-CV-01961 JAM-EFB

12

                  Plaintiff,

                               *Related to Nos.*

13                                     2:13-CV-02439 JAM-EFB
                                    2:14-CV-01946 JAM-EFB;

14        vs.                                2:14-CV-01960 JAM-EFB;
                                    2:14-CV-01963 JAM-EFB;

15    RITE AID CORPORATION, and DOES 1        2:14-CV-01965 JAM-EFB;
   through 50, inclusive,                     2:15-CV-00623 JAM-EFB;

16                                     2:15-CV-02150 JAM-EFB;
                                    2:15-CV-02396 JAM-EFB;

17                  Defendants             1:15-CV-01748 JAM-EFB;
                                    2:15-CV-02597 JAM-EFB;

18                                     1:15-CV-01872 JAM-EFB;
                                    1:15-CV-01874 JAM-EFB;

19                                     2:15-CV-02594 JAM-EFB;
                                    2:16-CV-00174 JAM-EFB;

20                                     2:16-CV-00211 JAM-EFB;
                                    2:16-CV-01028 JAM-EFB.

21                           **STIPULATION TO EXTEND DISCOVERY AND RELATED DEADLINES**

22

                          Judge:            Hon. John A. Mendez

23

24

25

26

27

28

LEGAL_US_W # 90212278.2

MATTHEW RIGHETTI (Cal. State Bar No. 121012)
JOHN GLUGOSKI (Cal. State Bar No. 191551)
MICHAEL RIGHETTI (Cal. State Bar No. 258541)
RIGHETTI GLUGOSKI, P.C.
456 Montgomery Street, Suite 1400
San Francisco, California 94104
Telephone:      (415) 983-0900
Facsimile:      (415) 397-9005
matt@righettilaw.com
john@righettilaw.com
mike@righettilaw.com

Attorneys for Plaintiffs

JEFFREY D. WOHL (Cal. State Bar No. 096838)
JUSTIN M. SCOTT (Cal. State Bar No. 302502)
PAUL HASTINGS LLP
55 Second Street, 24th Floor
San Francisco, California 94105-3441
Telephone:      (415) 856-7000
Facsimile:      (415) 856-7100
jeffwohl@paulhastings.com
justinscott@paulhastings.com

Attorneys for Defendant
Rite Aid Corporation

1    Plaintiffs Bruce Kaufman, Chris Gonzalez, Kathryn Van Kopp, Keith Welday, Tom Bauser,

2    Mark Jaeger, Paul Neumann, Linda Willis, Akindale Carter, Bernadette Carter, Mike Campbell, Bart

3    Hillard, Joshua Roach, Gary Williams, Robert Hollandsworth, Louis Serpa, Agnes Marcallino, Bryce

4    Williams, Ramon Hurtado, Elaheh Salehi, Shannon Betts, Lisa Ladner, and Caren Winegarner

5    ("Plaintiffs") and defendant Rite Aid Corporation ("Rite Aid"), acting through their respective counsel

6    of record, hereby stipulate, and respectfully request, that the Court grant a two-month extension of

7    discovery and all related deadlines for all related cases that do not currently have a trial date.

8        In support of their request, the parties stipulate as follows:

9        1.      On June 9, 2016, this Court entered a scheduling order (ECF 46).  The scheduling order

10   set April 28, 2017, for the close of discovery for all related cases, and October 23, 2017, as the trial date

11   for *Bruce Kaufman v. Rite Aid Corp.,* No. 2:14-CV-01961 JAM-EFB; *Chris Gonzalez v. Rite Aid Corp.,*

12   No. 2:14-CV-01963 JAM-EFB; and *Kathryn Van Kopp v. Rite Aid Corp.,* No. 2:14-CV-01965 JAM-

13   EFB.  June 9, 2016 Order, at 5, 8.  No other trial dates have been set.

14       2.      On March 21, 2017, the parties filed a joint stipulation to extend discovery and related

15   deadlines in those cases without trial dates.  On March 22, 2017, the Court granted that stipulation and

16   entered an order (ECF 51) extending the close of discovery from April 28, 2017, to July 28, 2017; the

17   deadline for dispositive motions from July 11, 2017, to October 10, 2017; and the hearing date for

18   dispositive motions from August 8, 2017, to November 7, 2017.  This is the only discovery extension

19   previously sought or granted in these matters.

20       3.      The parties do not seek a discovery extension for *Kaufman*, *Gonzalez* or *Van Kopp* (*i.e.*,

21   the cases in which a trial date has been set).  This stipulation will not therefore delay trial.

22       4.      The parties and their undersigned counsel currently are preparing for the *Kaufman*,

23   *Gonzalez*, and *Van Kopp* trials scheduled for this year.  The parties are also actively engaged in

24   completing discovery for the 14 other matters not scheduled for trial.  The parties have diligently

25   pursued discovery in these matters, have taken numerous depositions, have served and responded to

26   written discovery, and have produced thousands of documents.  The parties are attempting to complete

27   all remaining depositions as expeditiously as possible, and have exchanged deposition dates for tens of

28   depositions in the next two months.

1    5.    In order to complete the many depositions needed in these related cases, and to

2  accommodate the calendars and travel schedules of parties and their counsel, as well as third party

3  witnesses, the parties therefore agree and respectfully request that the Court extend the discovery

4  completion deadline, and all related deadlines, in the following 14 actions not yet scheduled for trial:

5    ▪    *Keith Welday v. Rite Aid Corp.*, No. 2:13-CV-02439 JAM-EFB;

6    ▪    *Tom Bauser v. Rite Aid Corp.*, No. 2:14-CV-01946 JAM-EFB;

7    ▪    *Mark Jaeger v. Rite Aid Corp.*, No. 2:14-CV-01960 JAM-EFB;

8    ▪    *Paul Neumann v. Rite Aid Corp.*, No. 2:15-CV-00623 JAM-EFB;

9    ▪    *James Kilgore et al. v. Rite Aid Corp.*, No. 2:15-CV-02150 JAM-EFB;

10   ▪    *Mike Campbell v. Rite Aid Corp.*, No. 2:15-CV-02396 JAM-EFB;

11   ▪    *Bart Hillard et al. v. Rite Aid Corp.*, No. 1:15-CV-01748 JAM-EFB;

12   ▪    *Robert Hollandsworth v. Aid Corp.*, No. 2:15-CV-02597 JAM-EFB;

13   ▪    *Destrea Bell et al. v. Rite Aid Corp.*, No. 1:15-CV-01872 JAM-EFB;

14   ▪    *Bryce Williams v. Rite Aid Corp.*, No. 1:15-CV-01874 JAM-EFB;

15   ▪    *Ramon Hurtado v. Rite Aid Corp.*, No. 2:15-CV-02594 JAM-EFB;

16   ▪    *Elaheh Salehi et al. v. Rite Aid Corp.*, No. 2:16-CV-00174 JAM-EFB;

17   ▪    *Lisa Ladner v. Rite Aid Corp.*, No. 2:16-CV-00211 JAM-EFB; and

18   ▪    *Caren Winegarner v. Rite Aid Corp.*, No. 2:16-CV-01028 JAM-EFB.

19   6.    The parties respectfully request that the Court extend the deadlines in the cases listed

20  above in paragraph 5, as follows:

21   ▪    Close of discovery extended from July 28, 2017, to September 29, 2017;

22   ▪    Dispositive motion deadline extended from October 10, 2017, to December 8, 2017; and

23   ▪    Dispositive motion hearing date extended from November 7, 2017, to January 9, 2018.

24  This stipulation is filed by Justin M. Scott.  All other signatories listed, and on whose behalf the

25  filing is submitted, concur in the filing's content and have authorized this filing.

26  ///

27  ///

28  ///

STIPULATION TO EXTEND DISCOVERY
AND RELATED DEADLINES
U.S.D.C., E.D. Cal., No. 2:14-CV-01961 JAM-EFB

LEGAL_US_W # 90212278.2

| | |
|---|---|
| 1 | Dated: June 14, 2017.      MATTHEW RIGHETTI |
| 2 | JOHN GLUGOSKI<br>MICHAEL RIGHETTI |
| 3 | RIGHETTI GLUGOSKI, P.C. |

Dated: June 14, 2017.      MATTHEW RIGHETTI
JOHN GLUGOSKI
MICHAEL RIGHETTI
RIGHETTI GLUGOSKI, P.C.


By:     _*/s/ Michael Righetti*_
        Michael Righetti
        Attorneys for Plaintiffs


Dated: June 14, 2017.      JEFFREY D. WOHL
JUSTIN M. SCOTT
PAUL HASTINGS LLP


By:     _*/s/ Justin M. Scott*_
        Justin M. Scott
        Attorneys for Defendant Rite Aid Corporation

STIPULATION TO EXTEND DISCOVERY
AND RELATED DEADLINES
U.S.D.C., E.D. Cal., No. 2:14-CV-01961 JAM-EFB

-3-

LEGAL_US_W # 90212278.2

(*Counsel of record listed on next page*)

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUCE KAUFMAN, an individual<br><br>Plaintiff,<br><br>vs.<br><br>RITE AID CORPORATION, and DOES 1 through 50, inclusive,<br><br>Defendants | No. 2:14-CV-01961 JAM-EFB<br><br>*Related to Nos.*<br>2:13-CV-02439 JAM-EFB<br>2:14-CV-01946 JAM-EFB;<br>2:14-CV-01960 JAM-EFB;<br>2:14-CV-01963 JAM-EFB;<br>2:14-CV-01965 JAM-EFB;<br>2:15-CV-00623 JAM-EFB;<br>2:15-CV-02150 JAM-EFB;<br>2:15-CV-02396 JAM-EFB;<br>1:15-CV-01748 JAM-EFB;<br>2:15-CV-02597 JAM-EFB;<br>1:15-CV-01872 JAM-EFB;<br>1:15-CV-01874 JAM-EFB;<br>2:15-CV-02594 JAM-EFB;<br>2:16-CV-00174 JAM-EFB;<br>2:16-CV-00211 JAM-EFB;<br>2:16-CV-01028 JAM-EFB.<br><br>**ORDER GRANTING STIPULATION TO EXTEND DISCOVERY AND RELATED DEADLINES**<br><br>Judge: Hon. John A. Mendez |

LEGAL_US_W # 90212278.2

MATTHEW RIGHETTI (Cal. State Bar No. 121012)
JOHN GLUGOSKI (Cal. State Bar No. 191551)
MICHAEL RIGHETTI (Cal. State Bar No. 258541)
RIGHETTI GLUGOSKI, P.C.
456 Montgomery Street, Suite 1400
San Francisco, California 94104
Telephone:      (415) 983-0900
Facsimile:      (415) 397-9005
matt@righettilaw.com
john@righettilaw.com
mike@righettilaw.com

Attorneys for Plaintiffs

JEFFREY D. WOHL (Cal. State Bar No. 096838)
JUSTIN M. SCOTT (Cal. State Bar No. 302502)
PAUL HASTINGS LLP
55 Second Street, 24th Floor
San Francisco, California 94105-3441
Telephone:      (415) 856-7000
Facsimile:      (415) 856-7100
jeffwohl@paulhastings.com
justinscott@paulhastings.com

Attorneys for Defendant
Rite Aid Corporation

LEGAL_US_W # 90212278.2

On the stipulation of the parties, and good cause appearing therefor,

IT IS ORDERED that the deadlines in the following cases are extended as follows: (1) the close of discovery is extended from July 28, 2017, to September 29, 2017; (2) the dispositive motion deadline is extended from October 10, 2017, to December 8, 2017; and (3) the dispositive motion hearing date is continued from November 7, 2017, to January 9, 2018.

This order applies only to the following related cases:

- *Keith Welday v. Rite Aid Corp.*, No. 2:13-CV-02439 JAM-EFB;
- *Tom Bauser v. Rite Aid Corp.*, No. 2:14-CV-01946 JAM-EFB;
- *Mark Jaeger v. Rite Aid Corp.*, No. 2:14-CV-01960 JAM-EFB;
- *Paul Neumann v. Rite Aid Corp.*, No. 2:15-CV-00623 JAM-EFB;
- *James Kilgore et al. v. Rite Aid Corp.*, No. 2:15-CV-02150 JAM-EFB;
- *Mike Campbell v. Rite Aid Corp.*, No. 2:15-CV-02396 JAM-EFB;
- *Bart Hillard et al. v. Rite Aid Corp.*, No. 1:15-CV-01748 JAM-EFB;
- *Robert Hollandsworth v. Aid Corp.*, No. 2:15-CV-02597 JAM-EFB;
- *Destrea Bell et al. v. Rite Aid Corp.*, No. 1:15-CV-01872 JAM-EFB;
- *Bryce Williams v. Rite Aid Corp.*, No. 1:15-CV-01874 JAM-EFB;
- *Ramon Hurtado v. Rite Aid Corp.*, No. 2:15-CV-02594 JAM-EFB;
- *Elaheh Salehi et al. v. Rite Aid Corp.*, No. 2:16-CV-00174 JAM-EFB;
- *Aaron Guzman et al. v. Rite Aid Corp.*, No. 2:16-CV-00211 JAM-EFB; and
- *Caren Winegarner v. Rite Aid Corp.*, No. 2:16-CV-01028 JAM-EFB.

Dated:  June 14, 2017

/s/ John A. Mendez_____
John A. Mendez
United States District Judge

ORDER GRANTING STIPULATION TO EXTEND
DISCOVERY AND RELATED DEADLINES
U.S.D.C., E.D. Cal., No. 2:14-CV-01961 JAM-EFB

LEGAL_US_W # 90212278.2