MATTHEW RIGHETTI (Cal. State Bar No. 121012)
JOHN GLUGOSKI (Cal. State Bar No. 191551)
MICHAEL RIGHETTI (Cal. State Bar No. 258541)
RIGHETTI·GLUGOSKI, P.C.
456 Montgomery Street, Suite 1400
San Francisco, California 94104
Telephone: (415) 983-0900
Facsimile: (415) 397-9005

Attorneys for Plaintiff
James Kilgore, Linda Willis, Akindale Carter,
and Bernadette Carter

JEFFREY D. WOHL (Cal. State Bar No. 96838)
JUSTIN M. SCOTT (Cal. State Bar No. 302502)
CAITLIN M. WANG (Cal. State Bar No. 311901)
PAUL HASTINGS LLP
101 California Street, 48th Floor
San Francisco, California 94111
Telephone: (415) 856-7000
Facsimile: (415) 856-7100
jeffwohl@paulhastings.com
justinscott@paulhastings.com
caitlinmarianwang@paulhastings.com

Attorneys for Defendant
Rite Aid Corporation

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES KILGORE, LINDA WILLIS, AKINDALE CARTER, AND BERNADETTE CARTER,<br><br>Plaintiffs,<br><br>vs.<br><br>RITE AID CORPORATION,<br><br>Defendant. | No. 2:15-cv-02150-JAM-EFB<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE OF PLAINTIFF AKINDALE CARTER**<br><br>Judge: Hon. John A. Mendez<br><br>Complaint Filed: February 5, 2015<br>FAC Filed: May 27, 2015 |

Plaintiff Akindale Carter and defendant Rite Aid Corporation, acting through their respective counsel of record, hereby stipulate that plaintiff Akindale Carter's claims only shall be dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure, each side to bear its own costs and attorneys' fees with respect to those claims.

Dated: March 2, 2018.

MATTHEW RIGHETTI
JOHN GLUGOSKI
MICHAEL RIGHETTI
RIGHETTI·GLUGOSKI, P.C.

By: /s/ Michael Righetti
Michael Righetti
Attorneys for Plaintiffs
James Kilgore, Linda Willis,
Akindale Carter, and Bernadette Carter

Dated: March 2, 2018.

JEFFREY D. WOHL
JUSTIN M. SCOTT
CAITLIN M. WANG
PAUL HASTINGS LLP

By: /s/ Justin M. Scott
Justin M. Scott
Attorneys for Defendant
Rite Aid Corporation

LEGAL_US_W # 93095934.1

| | |
|---|---|
| MATTHEW RIGHETTI (Cal. State Bar No. 121012)<br>JOHN GLUGOSKI (Cal. State Bar No. 191551)<br>MICHAEL RIGHETTI (Cal. State Bar No. 258541)<br>RIGHETTI·GLUGOSKI, P.C.<br>456 Montgomery Street, Suite 1400<br>San Francisco, California 94104<br>Telephone: (415) 983-0900<br>Facsimile: (415) 397-9005<br><br>Attorneys for Plaintiffs<br>James Kilgore, Linda Willis, Akindale Carter,<br>and Bernadette Carter<br><br>JEFFREY D. WOHL (Cal. State Bar No. 96838)<br>JUSTIN M. SCOTT (Cal. State Bar No. 302502)<br>CAITLIN M. WANG (Cal. State Bar No. 311901)<br>PAUL HASTINGS LLP<br>101 California Street, 48th Floor<br>San Francisco, California 94111<br>Telephone: (415) 856-7000<br>Facsimile: (415) 856-7100<br>jeffwohl@paulhastings.com<br>justinscott@paulhastings.com<br>caitlinmarianwang@paulhastings.com<br><br>Attorneys for Defendant<br>Rite Aid Corporation | |

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES KILGORE, LINDA WILLIS, AKINDALE CARTER, AND BERNADETTE CARTER,<br><br>           Plaintiffs,<br><br>  vs.<br><br>RITE AID CORPORATION,<br><br>           Defendant. | No. 2:15-cv-02150-JAM-EFB<br><br>**ORDER DISMISSING CLAIMS OF AKINDALE CARTER WITH PREJUDICE**<br><br>Judge:      Hon. John A. Mendez<br><br>Complaint Filed:  February 5, 2015<br>FAC Filed:        May 27, 2015 |

Pursuant to the stipulation of the parties, and good cause appearing therefor,

IT IS ORDERED that plaintiff Akindale Carter's claims only shall be and hereby are DISMISSED WITH PREJUDICE, each side to bear its own costs and attorneys' fees with respect to those claims.

Dated: 3/2/2018                        /s/ John A. Mendez_____

                                                             Hon. John A. Mendez
                                                            United States District Judge