| | |
|---|---|
| 1 | MATTHEW RIGHETTI (Cal. State Bar No. 121012) |
| | JOHN GLUGOSKI (Cal. State Bar No. 191551) |
| 2 | MICHAEL RIGHETTI (Cal. State Bar No. 258541) |
| | RIGHETTI·GLUGOSKI, P.C. |
| 3 | 456 Montgomery Street, Suite 1400 |
| | San Francisco, California  94104 |
| 4 | Telephone:  (415) 983-0900 |
| | Facsimile:  (415) 397-9005 |
| 5 | |
| | Attorneys for Plaintiff |
| 6 | Keith Welday |
| 7 | JEFFREY D. WOHL (Cal. State Bar No. 96838) |
| | JULLIE Z. LAL (Cal. State Bar No. 279067) |
| 8 | PAUL HASTINGS LLP |
| | 101 California Street, 48th Floor |
| 9 | San Francisco, California  94111 |
| | Telephone:    (415) 856-7000 |
| 10 | Facsimile:    (415) 856-7100 |
| | jeffwohl@paulhastings.com |
| 11 | jullielal@paullhastings.com |
| 12 | Attorneys for Defendant |
| | Rite Aid Corporation |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES KILGORE, LINDA WILLIS, AKINDALE CARTER, AND BERNADETTE CARTER,<br><br>Plaintiffs,<br><br>vs.<br><br>RITE AID CORPORATION,<br><br>Defendant. | No. 2:15-cv-02150-JAM-EFB<br><br>**STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE**<br><br>Judge:     Hon. John A. Mendez<br>Dept.:      6, 14th Floor<br><br>Complaint Filed: February 5, 2015<br>FAC Filed:          May 27, 2015 |

Plaintiff Linda Willis and defendant Rite Aid Corporation, acting through their respective counsel of record, hereby stipulate that this action may be dismissed with prejudice pursuant to Rule 41(a), Federal Rules of Civil Procedure, each side to bear its own costs and attorneys' fees.

Dated: June 21, 2018.

MATTHEW RIGHETTI
JOHN GLUGOSKI
MICHAEL RIGHETTI
RIGHETTI·GLUGOSKI, P.C.

By: /s/ Michael Righetti
Michael Righetti
Attorneys for Plaintiffs
James Kilgore, Linda Willis,
Akindale Carter, and Bernadette Carter

Dated: June 21, 2018.

JEFFREY D. WOHL
JULLIE Z. LAL
PAUL HASTINGS LLP

By: /s/ Jullie Z. Lal
Jullie Z. Lal
Attorneys for Defendant
Rite Aid Corporation

LEGAL_US_W # 94468088.1

1  MATTHEW RIGHETTI (Cal. State Bar No. 121012)
   JOHN GLUGOSKI (Cal. State Bar No. 191551)
2  MICHAEL RIGHETTI (Cal. State Bar No. 258541)
   RIGHETTI·GLUGOSKI, P.C.
3  456 Montgomery Street, Suite 1400
   San Francisco, California 94104
4  Telephone: (415) 983-0900
   Facsimile: (415) 397-9005
5
   Attorneys for Plaintiff
6  Keith Welday

7  JEFFREY D. WOHL (Cal. State Bar No. 96838)
   JULLIE Z. LAL (Cal. State Bar No. 279067)
8  PAUL HASTINGS LLP
   101 California Street, 48th Floor
9  San Francisco, California 94111
   Telephone:   (415) 856-7000
10 Facsimile:   (415) 856-7100
   jeffwohl@paulhastings.com
11 jullielal@paullhastings.com

12 Attorneys for Defendant
   Rite Aid Corporation
13

14                         UNITED STATES DISTRICT COURT

15                         EASTERN DISTRICT OF CALIFORNIA

16

17 | JAMES KILGORE, LINDA WILLIS, | No. 2:15-cv-02150-JAM-EFB
   | AKINDALE CARTER, AND
18 | BERNADETTE CARTER, | **ORDER DISMISSING ACTION WITH PREJUDICE**
19 |         Plaintiffs, |
   |                     | Judge:  Hon. John A. Mendez
20 |    vs.              | Dept.:  6, 14th Floor
21 | RITE AID CORPORATION, | Complaint Filed: February 5, 2015
   |                       | FAC Filed:       May 27, 2015
22 |         Defendant. |

Pursuant to the stipulation of the parties, and good cause appearing therefor,

IT IS ORDERED that this action be and hereby is DISMISSED WITH PREJUDICE, each side to bear its own costs and attorneys' fees.

Dated: 6/22/2018

/s/ John A. Mendez
Hon. John A. Mendez
United States District Court Judge